UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:13–cv–03076–MMM–SH              DATE:   6/5/2013
Title:   FLORENCIO PACLEB V. NORTHWEST FEDERAL CREDIT UNION
FOUNDATION

Present: The Honorable   Margaret M. Morrow  ,  U. S. District Judge

Deputy Clerk:   Anel Huerta
Court Reporter:   N/A

|  Attorneys Present for Plaintiffs:  |  Attorneys Present for Defendants:  |
|---|---|
|  None Appearing  |  None Appearing  |

Proceedings:        **(In Chambers) Order to Show Cause re Dismissal re Lack of
                    Prosecution**

      Absent a showing of good cause, an action must be dismissed without prejudice
if the summons and complaint are not served on a defendant within 120 days after the
complaint is filed. Fed.R.Civ.Proc. 4(m).  Generally, defendants must answer the
complaint within 20 days after service (60 days if the defendant is the United States).
Fed.R.Civ.Proc. 12(a)(1).

      In the present case, it appears that one or more of these time periods has not been
met.  Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in
in writing on or before **June 12, 2013** why this action should not be dismissed
for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure,
the court finds that this matter is appropriate for submission without oral argument. The
Order To Show Cause will stand submitted upon the filing of plaintiff's response.

      If plaintiff/defendant files:

      Proof(s) of service of summons and complaint on the following defendant(s):


      An answer by the following defendant(s):
      **Northwest Federal Credit Untion Foundation OR**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case Number:   2:13–cv–03076–MMM–SH                DATE:   June 5, 2013
Title:   FLORENCIO PACLEB V. NORTHWEST FEDERAL CREDIT UNION
FOUNDATION

　　　　Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules
　　　　of Civil Procedure:
　　　　**Northwest Federal Credit Untion Foundation**

　　　　Plaintiff's motion for default judgment pursuant to Rule 55b of the Federal Rules
　　　　of Civil Procedure:


on or before the date indicated above, the court will consider this a satisfactory response to
the Order to Show Cause.